IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLIN OLIVE** | : | CIVIL ACTION |
| *Infant/Minor* | : | |
|     *Plaintiff,* | : | |
| | : | |
|     v. | : | |
| | : | |
| **SCHIANO et al** | : | |
|     *Defendants.* | : | NO.  24-cv-05030 |

# ORDER

    **AND NOW**, this **29th** day of **May 2025**, in consideration of Defendant Robert A. Auclair's Motion to Dismiss for Failure to State a Claim (ECF No. 5), Defendant John Whelan's Motion to Dismiss Plaintiff's Complaint (ECF No. 6), Defendants Michael Troy Freedman and Adrienna Hunsberger's Motion to Join Robert A. Auclair's Motion to Dismiss for Failure to State a Claim (ECF No. 7), Plaintiff's Response (ECF No. 11), and Plaintiff's Letter (ECF No. 12), it is **ORDERED** as follows:

1. Defendant Robert A. Auclair's Motion to Dismiss for Failure to State a Claim is **GRANTED**.

2. Defendant John Whelan's Motion to Dismiss Plaintiff's Complaint is **GRANTED**.

3. Defendants Michael Troy Freedman and Adrienna Hunsberger's Motion to Join Robert A. Auclair's Motion to Dismiss for Failure to State a Claim is **GRANTED**.

    BY THE COURT:

    /S/Kai N. Scott
    **HON. KAI N. SCOTT**
    **United States District Court Judge**